*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

## MEMORANDUM OPINION

No. 04-09-00136-CR

**IN RE** Juan **RAMON, JR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Steven C. Hilbig, Justice
                 Marialyn Barnard, Justice

Delivered and Filed:   April 8, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On March 5, 2009, relator Juan Ramon, Jr. filed a petition for writ of mandamus, seeking to compel the trial court to rule on his various motions to return seized property. However, on March 13, 2009 the trial court signed an order granting relator's motion. Therefore, the petition for writ of mandamus is now moot.

Accordingly, we deny the petition for writ of mandamus and all other relief requested as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005-CR-2950, in the 226th Judicial District Court, Bexar County, Texas, the Sid L. Harle presiding.